

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**
Miami Division
Case No.: 02-23623-CIV-ALTONAGA/BANDSTRA

ADRIENE POSELY and
KARL O. BLOOMFIELD, on their behalf
of all others similarly situated,

    Plaintiffs,
vs.

ECKERD CORPORATION, a Florida
corporation,

    Defendant.
_____/

## NOTICE OF FILING ORIGINAL DECLARATION OF COLIN McGINNIS

Defendant, by and through their undersigned attorneys, hereby files the Original Unsworn Declaration of Colon McGinnis in Support of Defendant's Motion for Summary Judgment, a copy of which had previously been filed with the Court.

Dated: May 5, 2004

                              Respectfully submitted,

                              _____
                              Susan L. Dolin, Esq.
                              Florida Bar No. 708690
                              Michael A. Pancier, Esq.
                              Fla. Bar No. 958484
                              ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
                              COUNSEL FOR DEFENDANTS
                              300 Las Olas Place – Suite 860
                              300 S.E. 2nd Street
                              Fort Lauderdale, FL 33301
                              TEL: (954) 522-3456
                              FAX: (954) 527-8663
                              Email: mpancier@rrdplaw.com

Case No.: 02-23623-CIV-Altonaga/Bandstra

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was furnished by U.S. Mail this 5th day of May, 2004 to: John Campbell, Esq., Campbell & Malafy, P.A., Campbell Law Center, 2655 LeJeune Road, Suite 201, Coral Gables, FL 33134; Allen D. Fuller, Esq, Fuller & Suarez, P.A., 201 Alhambra Circle, Suite 602, Coral Gables, FL 33134; Manuel L. Dobrinsky, Esq., Freiden & Brown, 2 South Biscayne Boulevard, Suite 3100, Miami, FL 33131-1802; and David S. Harris, Esq., 3669 Poinciana Avenue, 3A, Coconut Grove, FL 33133.

Respectfully submitted,

ROTHSTEIN, ROSENFELDT, DOLIN & PANCIER, P.A.
300 Las Olas Place -- Suite 860
300 S.E. 2nd Street
Fort Lauderdale, FL 33301
TEL: (954) 522-3456
FAX: (954) 527-8663
Email:   sdolin@rrdplaw.com
         mpancier@rrdplaw.com

_____
Susan L. Dolin, Esq.
Fla. Bar No. 708690
Michael A. Pancier, Esq.
Fla. Bar No. 958484

H:\slddocs\ECKERD\Posely-Bloomfield-03-8275\NOTICES\notice.filing.doc

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 02-23623-CIV-ALTONAGA/BANDSTRA

ADRIENE POSELY and
KARL O. BLOOMFIELD, on their behalf
of all others similarly situated,

      Plaintiffs,

vs.

ECKERD CORPORATION, a Florida
corporation,

      Defendant.
_____/

UNSWORN DECLARATION OF COLIN McGINNIS
IN SUPPORT OF DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Declarant, files this Declaration in accordance with the provisions of 28 U.S.C. § 1746, and hereby states the following:

1. I am the Regional Operations Manager for South Florida for Eckerd Corporation.

2. I am over 18 years of age, and I have personal knowledge of the facts set forth in this Declaration.

3. That at all times material hereto, all of the Eckerd's store managers in Florida, including the Plaintiffs, were and continue to be at-will employees.

4. That at all times material hereto, from December of 1999 and continuing through the end of their respective employments with Eckerd, Plaintiffs, Posely, Bloomfield, and opt-in Plaintiff, Gendon Waite, had more than 80 subordinate hours during each work week.

**I HEREBY DECLARE** under penalty of perjury that the foregoing is true and correct.

**EXECUTED** this 27 day of April 2004.

                                          _/s/ Colin McGinnis_
                                          COLIN MCGINNIS