UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 02-23623-CIV-ALTONAGA/Bandstra

ADRIENE POSELY, and KARL O.
BLOOMFIELD, individually and on
behalf of all other employees of Defendants
similarly situated,

    Plaintiffs,

vs.

ECKERD CORPORATION, a Florida
corporation doing business in Florida,

    Defendant.
_____/



## ORDER ON PENDING MOTIONS

**THIS CAUSE** came before the Court upon various pending motions and the status conference held on June 17, 2004. It is hereby

**ORDERED AND ADJUDGED** as follows:

1. *Defendant, Eckerd Corporation's Motion to Stay Plaintiffs' Motion for Class Certification and Plaintiffs' Motion to Allow Statewide Notification Pursuant to 29 U.S.C. § 216(b), Pending Ruling on Defendant's Motion for Summary Judgment* **(D.E. 78),** filed on June 7, 2004, is DENIED. Eckerd Corporation shall have sixty (60) days from the date of this Order to file a response to Plaintiffs' Motion for Class Certification and Plaintiffs' Motion to Allow Statewide Notification. Plaintiffs shall have sixty (60) days from the date of this Order to file a response to Defendant's Motion for Final Summary Judgment.

2. *Plaintiffs' Motion for Continuance,* **(D.E. 72),** filed on June 1, 2004, is GRANTED. All deadlines established in the June 23, 2003 Scheduling Order are adjourned for 120

days as follows:

| | |
|---|---|
| **September 29, 2004** | Parties exchange expert witness summaries and reports required by Local Rule 16.1.K.. |
| **October 29, 2004** | All discovery, including expert discovery is completed. |
| **November 12, 2004** | Parties must have completed mediation. |
| **December 14, 2004** | All pre-trial motions other than motions *in limine* are filed. |
| **January 2, 2005** | Parties submit joint pre-trial stipulation, proposed jury instructions or proposed findings of fact and conclusions of law, and motions *in limine*. |

3. *Defendant, Eckerd Corporation's Motion for Reconsideration and/or Motion to Stay Magistrate Judge's May 26, 2004 Order Granting Plaintiffs' Motion to Compel Pending Decision of District Court on Plaintiffs' Motion for Class Certification and Plaintiffs' Motion to Allow Statewide Notification Pursuant to 29 U.S.C. § 216(b)* **(D.E. 75)**, filed on June 2, 2004, is GRANTED in part. Eckerd Corporation shall produce to Plaintiffs within ten (10) calendar days from the date of this Order the names, last known addresses and telephone numbers of all former store managers of Eckerd's stores in the Miami-Dade and Broward County areas for the year 2000.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 18 day of June, 2004.

CECILIA M. ALTONAGA
**UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)   Magistrate Judge Ted E. Bandstra
(2)   Joshua D. Fuller, Esq. **(Counsel for Plaintiffs)**
      Fax: (305) 447-4674

CASE NO. 02-23623-CIV-ALTONAGA/BANDSTRA
Order on Pending Motions

(3)  John Campbell, Esq. **(Counsel for Plaintiffs)**
     Fax: (305) 476-8383
(4)  Manuel L. Dobrinksy, Esq. & Jose F. Torres, Esq. **(Counsel for Plaintiffs)**
     Fax: (305) 371-6725
(5)  David S. Harris, Esq. **(Counsel for Plaintiffs)**
     3669 Poinciana Ave., # 3A
     Coconut Grove, FL 33133
(6)  Susan L. Dolin, Esq. & Michael A. Pancier, Esq. **(Counsel for Defendant)**
     Fax: (954) 527-8663