UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No. 02-23623-CIV-ALTONAGA/Bandstra

**ADRIENE POSELY**, et al.,

    Plaintiffs,

vs.

**ECKERD CORPORATION,**

    Defendant.
_____/

## ORDER DENYING EMERGENCY MOTION
## ON WEB SOLICITATION OF OPT-INS

**THIS CAUSE** came before the Court on Defendant, Eckerd Corporation's Emergency Motion for Order Directing Plaintiffs' Counsel to Discontinue Web Solicitation of Opt-Ins, filed on March 21, 2005 **[D.E. 188]**. After careful consideration of the Motion, it is

**ORDERED AND ADJUDGED** that Defendant's Motion **[D.E. 188]** is **DENIED**. Plaintiffs' counsel's website does not violate this Court's orders. Furthermore, whether Plaintiffs' counsel have violated the Rules Regulating the Florida Bar is a question reserved to the Florida Supreme Court. *See* Fla. Const. art. V, § 15 ("The supreme court shall have exclusive jurisdiction to regulate the admission of persons to the practice of law and the discipline of persons admitted.").

**DONE AND ORDERED** in Chambers at Miami, Florida this ____ day of April, 2005.

                                              _____
                                              CECILIA M. ALTONAGA
                                              **UNITED STATES DISTRICT JUDGE**

Copies provided to:
(1)    Magistrate Judge Ted E. Bandstra
(2)    All counsel of record

