UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case Number: 02-23623-CIV-ALTONAGA/TURNOFF

ADRIENE POSELY and
KARL O. BLOOMFIELD, on their behalf
of all others similarly situated,

    Plaintiffs,

vs.

ECKERD CORPORATION, a Florida
corporation,

    Defendant.
_____/

### DEFENDANT'S NOTICE OF FILING APPENDIX OF EXHIBITS IN SUPPORT OF DEFENDANT'S RENEWED MOTION FOR FINAL SUMMARY JUDGMENT

Defendant, through its undersigned counsel, hereby gives notice of its filing Volume I and II of its Appendix of Exhibits in Support of its Renewed Motion for Final Summary Judgment with attached exhibits A-1 through A-17.

Dated: December 9, 2005

    Respectfully submitted,

    ROTHSTEIN ROSENFELDT ADLER
    **Counsel for Defendant**
    300 Las Olas Place,
    300 S.E. 2nd Street, Suite 860
    Fort Lauderdale, Florida 33301
    Tel: (954) 522-3456
    Fax: (954) 527-8663

    By: /s/ Michael A. Pancier
        Susan L. Dolin, Esq.
        Florida Bar No.: 708690
        Michael A. Pancier, Esq.
        Florida Bar No. 958484
        FOR THE FIRM

1

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via U.S. Mail and facsimile on December 9, 2005 to:

John Campbell, Esq.
Campbell & Malafy, P.A.
Campbell Law Center
2655 LeJeune Road, Suite 201
Coral Gables, FL 33134

Joshua Fuller, Esq,
Fuller & Associates, P.A.
201 Alhambra Circle, Suite 602
Coral Gables, FL 33134

Manuel L. Dobrinsky, Esq.
Freiden & Dobrinsky
2 South Biscayne Boulevard, Suite 3100
Miami, FL 33131-1802

David S. Harris, Esq.
6431 SW 39th Street
Miami, FL 33155

        ROTHSTEIN ROSENFELDT ADLER
        **Counsel for Defendant**
        300 Las Olas Place
        300 S.E. 2nd Street
        Suite 860
        Fort Lauderdale, Florida 33301
        Tel:   (954) 522-3456
        Fax:  (954) 527-8663
        Email: MPANCIER@RRA-LAW.COM

By:   /s/ Michael A. Pancier
        Susan L. Dolin, Esq.
        Florida Bar No.: 708690

        Michael A. Pancier, Esq.
        Florida Bar No. 958484
        FOR THE FIRM

H:\slddocs\ECKERD\Posely-Bloomfield-03-8275\PLEADINGS\notice of filing appendix.renewed.doc

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. C2-23623 cv CMA     DE# 296

☐ **DUE TO POOR QUALITY, THE ATTACHED DOCUMENT IS NOT SCANNED**

# ATTACHMENT(S) NOT SCANNED

☒ VOLUMINOUS (exceeds 999 pages = 4 inches)
☐ BOUND EXTRADITION PAPERS
☐ ADMINISTRATIVE RECORD (Social Security)
☐ ORIGINAL BANKRUPTCY TRANSCRIPT
☐ STATE COURT RECORD (Habeas Cases)
☐ SOUTHERN DISTRICT TRANSCRIPTS
☐ LEGAL SIZE
☐ DOUBLE SIDED
☐ PHOTOGRAPHS
☐ POOR QUALITY (e.g. light print, dark print, etc.)
☐ SURETY BOND (original or letter of undertaking)
☐ CD's, DVD's, VHS Tapes, Cassette Tapes
☐ OTHER = _____

**PLEASE REFER TO COURT FILE**