UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 02-23623-CIV-ALTONAGA/Turnoff

**ADRIENE POSELY** and **KARL O. BLOOMFIELD**, individually and on behalf of all other employees of Defendant similarly situated,

    Plaintiff(s),

vs.

**ECKERD CORPORATION**, a Florida corporation doing business in Florida,

    Defendant.
_____/

## FINAL JUDGMENT FOR DEFENDANT

**THIS CAUSE** came before the Court on the Order Granting Summary Judgment for Defendant, Eckerd Corporation. Pursuant to Federal Rule of Civil Procedure 58, it is

**ORDERED AND ADJUDGED** that judgment is entered in favor of Defendant, Eckerd Corporation, and against Plaintiffs, Adriene Posely and Karl O. Bloomfield. Plaintiffs shall take nothing from Defendant, and the action is dismissed on the merits.

**DONE AND ORDERED** in Chambers at Miami, Florida this _16_ day of May, 2006.

                                                                  _____
                                                                  CECILIA M. ALTONAGA
                                                                  UNITED STATES DISTRICT JUDGE

Copies provided to:
(1)    Magistrate Judge William C. Turnoff
(2)    All counsel of record